UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:  

Joseph James Voyer and Marian Frances Voyer,

    Debtors.

Case No. 12-44786
Chapter 7

***ORDER GRANTING***
***MOTION FOR RELIEF FROM STAY***

_____

    This case is before the court on the motion of Bremer Bank, N.A. seeking relief from the automatic stay of 11 U.S.C. § 362. Based on the motion and the file,

    IT IS ORDERED: The automatic stay of 11 U.S.C. § 362 is terminated as to Bremer Bank, N.A. and Bremer Bank, N.A. is authorized to foreclose its interest in the 2003 Volkswagen Passat, vehicle identification number WVWVD63B63E465187 in accordance with nonbankruptcy law.

    Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: September 27, 2012.

/e/ Nancy C. Dreher
_____
Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/27/2012*
Lori Vosejpka, Clerk, by SS

625961